# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

JaVon Lance Crockett-Berry
*[You are the PLAINTIFF, print your full name on this line.]*

v.

Doctor Jay
*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number __3:15-CV-556__
*[For a new case in this court, leave blank. The court will assign a case number.]*

FILED APR 20 PM 1:20

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Douglas Donaldson Officer Dustin | WVCF P.O. Box 1111 Carlisle, In, 47838 |
| 2 | nurse Hatcher | WVCF P.O. Box 1111 Carlisle, In 47838 |
| 3 | nurse Mitchem | WVCF P.O. Box 1111 Carlisle, In 47838 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? _____

2. What is the name and address of your prison or jail? ST Joseph County Jail 401 W. Sample Street

3. Did the event you are suing about happen there? ( ) Yes. (●) No, it happened at: _____

4. On what date did this event occur? August of 2015 - I don't have my Records with me!

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. The dentist at Indiana State Prison pulled a tooth and broke it by mistake. So she had to go in and get the broken piece out. As she did this she mistakenly poked a Hole in my sinuse Cavity (Right under my Right eye) She then told me that I needed a bone specialest to fix it. I was then transported to Walbash Vally Correctional facility. I then seen the Dentist at Walbash Vally correctional her name is Dr Say. She Refused to Refer me to a docter (Bone specilest) I kept complaining by way of Grievences and Helthcare Requsest to be seen because the opens Hole in my sinuse cavity was hurting and causing pain in my eye. 6 months later they Finaly take me a Bone specialest and he had to take out 3 large pieces of meat and sowe the Hole closed. He explain to me that the Hole had become inffected due to it being exposed so long. Then once back at Walbash prison nurse Hatcher and Mitchem Say they forgot to give me my pain medicin 2 days in a Row leaving me in unbareable pain. I have all the records back at the prison.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## Claims and Facts (continued)

Right before I went to see the bone specialist Sgt Doyles was notified by myself to call the nurse because the pain in my gum and sinus cavity was getting worse and worse and just laughed at me and said no and those theips nobody can make him do it.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
    - ◯ Before I was confined.
    - ◯ While I was confined awaiting trial.
    - ⊘ After I was convicted while confined serving the sentence.
    - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
    - ⊘ No.
    - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
    - ◯ No, this event did not happen in a prison or jail.
    - ◯ No, this event is not grievable at the prison or jail where it occurred.
    - ⊘ Yes, I filed a grievance and attached is a copy of the response from the final step.
    - ◯ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
    [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

    Get rid of the Doctor Jay and pay me for pain and suffering. Get rid of the nurses that didn't give me my medicin. And get rid of Sgent Douglas He Hates people of color and everybody knows it.

[Initial Each Statement]

_____ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_____ I will keep a copy of this complaint for my records.
_____ I will promptly notify the court of any change of address.
_____ I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____    _____
Signature                            Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

trying to say. In his next complaint, he needs to use plain English.

Berry acknowledges that he has included events which fall outside the statute of limitations. However he provided dates for only a few events. This makes it impossible to determine which claims are timely. In his next complaint, he needs to leave out any discussion of events for which it is too late to sue. He should only include those recent claims which are within the statute of limitations. He should include dates for every event mentioned him his next complaint. He should also include the location where each even occurred.

Berry names ten defendants in the caption. He names the same ten defendants on page 2 in his list of defendants. However, on pages 8 to 11, in what he titles "List of Defendants" he names eleven defendants – dropping Corizon Inc. and adding Robert Bugher and Indiana Department of Corrections Insurance. He also does not spell their names the same in all three places. In his next complaint, he needs to clearly identify who he is suing. He needs to spell their names the same so that it is clear that they are not different people with similar names.

CONCLUSION

For the reasons set forth above, the Court: (1) **DIRECTS** the clerk to place this cause number on a blank Prisoner Complaint

(INND Rev. 8/16) and send it to JaVon Crockett Berry; (2) **GRANTS** JaVon Crockett Berry until April 20, 2017, to file an amended complaint; and (3) **CAUTIONS** JaVon Crockett Berry that if he does not respond by that deadline, this case will be dismissed without further notice.

**DATED: March 15, 2017**                /s/RUDY LOZANO, Judge
                                         **United States District Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JAVON CROCKETT BERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 3:15-CV-556 |
| | ) |
| CORIZON I.N.C, *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the amended complaint filed by JaVon Crockett Berry, a pro se prisoner, on April 14, 2016. For the reasons set forth below, the court: (1) **DIRECTS** the clerk to place this cause number on a blank Prisoner Complaint (INND Rev. 8/16) and send it to JaVon Crockett Berry; (2) **GRANTS** JaVon Crockett Berry until April 20, 2017, to file an amended complaint; and (3) **CAUTIONS** JaVon Crockett Berry that if he does not respond by that deadline, this case will be dismissed without further notice.

DISCUSSION

Berry filed a confusing amended complaint. Rather than simply describing what happened and why he is suing these defendants, he used "legalese" which obfuscates, rather than clarifies what he is

JaVon Crockett-Berry
461 W Sample St
South Bend In
46601

MAILED FROM
ST. JOSEPH COUNTY JAIL

SECURITY
SCREENED

Office of the Clerk
United States District
Fort Wayne, Indiana
46802