IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAVON LANCE CROCKETT BERRY | : |
| Plaintiff, | : |
| vs. | : Case No. 2:17-cv-00194-WTL-MJD |
| DOCTOR JAY, et al., | : |
| Defendants. | : |

## APPEARANCE OF COUNSEL

NOW COMES **BLEEKE DILLON CRANDALL, P.C.**, represented by **Jeb A. Crandall**, and hereby enters their appearance in this matter on behalf of Defendant Ruthie Jimerson, DDS.

This 22nd day of August, 2017.

                                        Respectfully submitted,

                                        s/Jeb A. Crandall
                                        JEB A. CRANDALL (#26323-49)
                                        *Attorney for Defendant Ruthie Jimerson, DDS*

Jeb A. Crandall (#26323-49)
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, Indiana  46250-4635
Phone:  (317) 567-2222
Fax:     (317) 567-2220
E-Mail: jeb@bleekedilloncrandall.com

598853v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August, 2017, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

[n/a]

I hereby certify that on the 22nd day of August, 2017, a copy of the foregoing was mailed, by first class mail U.S. Mail, postage prepaid and properly addressed to the following:

Javon Lance Crockett Berry, #104054
St. Joseph County Jail
401 W. Sample Street
South Bend, IN  46601

s/ Jeb A. Crandall