UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAVON LANCE CROCKETT BERRY | : |
| Plaintiff, | : |
| vs. | : No. 2:17-cv-00194-WTL-MJD |
| DOCTOR JIMERSON, *et al.*, | : |
| Defendants. | : |

**DEFENDANT RUTHIE JIMERSON, DDS'S
ANSWER TO PLAINTIFF'S AMENDED COMPLAINT (DOC. 13)
AND JURY DEMAND**

COMES NOW Defendant RUTHIE JIMERSON, DDS[1] ("Defendant"), by counsel, and for her Answer to Plaintiff's Amended Complaint (Doc. 13) and Jury Demand states the following:

**PARTIES**

1. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies same.

2. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies same.

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies same.

1. This Paragraph was not completed by Plaintiff and requires no response.

2. Upon information and belief, Defendant admits the allegations in this Paragraph regarding Plaintiff's present place of incarceration.

---

[1] Jimerson was named as "Doctor Jay" in Plaintiff's Amended Complaint.

3. To the extent this Paragraph contains allegations against Defendant, it is denied.

4. To the extent this Paragraph contains allegations against Defendant, it is denied.

## CLAIMS AND FACTS

1. Plaintiff's medical conditions and treatment will be documented in his medical records, and Defendant denies the allegations in this Paragraph to the extent they conflict with those records. Defendant lacks knowledge or information regarding the allegations in this Paragraph that do not pertain to her, and Plaintiff is left to his proofs. Defendant admits that she was the dentist at Wabash Valley Correctional Facility during the relevant time in Plaintiff's Amended Complaint. Defendant denies that she was deliberately indifferent to Plaintiff's dental needs. Defendant denies that she violated Plaintiff's constitutional rights or any other rights. Defendant denies any remaining allegations in this Paragraph.

5. To the extent this Paragraph contains allegations against Defendant, it is denied.

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies same.

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies same. Defendant further denied that a grievance response is attached to the Amended Complaint.

8. Defendant denies that Plaintiff is entitled to the relief requested or any other relief. Defendant denies that she violated Plaintiff's constitutional rights or any other rights.

## **GENERAL DENIAL**

Defendant denies any allegation to which she has not specifically responded above.

## JURY DEMAND

Defendant demands a trial by jury on all claims not summarily dismissed or dismissed at summary judgment.

## AFFIRMATIVE DEFENSES

For her Affirmative Defenses, Defendant asserts the following:

## FIRST DEFENSE

Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

## SECOND DEFENSE

Plaintiff has not been denied any rights protected by the United States Constitution or any portion of the United States Code.

## THIRD DEFENSE

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Complaint fails to state a claim upon which relief can be granted against Defendant.

## FOURTH DEFENSE

Defendant denies that Plaintiff has suffered any cognizable injuries or damages as a result of any acts or omissions on the part of Defendant.

## FIFTH DEFENSE

Defendant pleads the affirmative defenses of contributory negligence and assumption of risk.

## SIXTH DEFENSE

Defendant pleads the affirmative defense that Plaintiff has failed to mitigate his own damages.

## SEVENTH DEFENSE

Plaintiff may have failed to exhaust his administrative remedies pursuant to the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). Defendant reserves the right to withdraw this affirmative defense upon receipt and review of Plaintiff's grievance records.

## EIGHTH DEFENSE

Plaintiff merely disagrees with the course of his medical treatment, which is not deliberate indifference.

## NINTH DEFENSE

Defendant reserves the right to amend the affirmative defenses and to add new affirmative defenses in the event future discovery reveals the existence of or need for such.

## TENTH DEFENSE

Defendant adopts and incorporates by reference herein any and all applicable affirmative defenses raised by other defendants in this action.

WHEREFORE, Defendant Ruthie Jimerson, DDS prays that Plaintiff take nothing by way of his Complaint; that judgment be entered in Defendant's favor for the costs of this action; and for all other just and proper relief in the premises.

This 19th day of September, 2017.

Respectfully submitted,

s/Jeb A. Crandall
JEB A. CRANDALL (#26323-49)
*Attorney for Defendant Ruthie Jimerson, DDS*

Jeb A. Crandall (#26323-49)
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, Indiana  46250-4635
Phone:  (317) 567-2222
Fax:     (317) 567-2220

E-Mail: jeb@bleekedilloncrandall.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of September, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Andrew Scheil
> Kelly Suzanne Witte
> Indiana Attorney General
> 302 West Washington Street
> Indiana Government Center, South
> Fifth Floor
> Indianapolis, IN  46204

I hereby certify that on the 19th day of September, 2017, a copy of the foregoing was mailed, by first class mail U.S. Mail, postage prepaid and properly addressed to the following:

> Javon Lance Crockett Berry, #104054
> St. Joseph County Jail
> 401 W. Sample Street
> South Bend, IN  46601

s/ Jeb A. Crandall

621370v.1